USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 22 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

**ORLANDO ROSADO RODRIGUEZ**

                Plaintiff,                       21 **CIVIL** 0832 (NSR)

      -v-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated April 21, 2022, that this action be, and hereby is, reversed & remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
        April 22, 2022

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                          **BY:**
                                                  _____
                                                  **Deputy Clerk**